UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAY – 6 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,                )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )    No.
                                         )
ERLIN OLIVA-PAGUADA,                     )    **4:26-CR-00214 SRC SPM**
                                         )
    Defendant.                           )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about April 29, 2026, in the Eastern District of Missouri,

**ERLIN OLIVA-PAGUADA,**

the defendant herein, an alien who had been previously deported and removed from the United States on or about October 14, 2016, at or near Brownsville, Texas,

and who, after such deportation and removal, had not obtained and received the express consent of the Director of Homeland Security to re-apply for admission to the United States and to re-enter the United States, unlawfully and willfully entered, and was found in, the United States, being arrested in City of St. Louis, Missouri

All in violation of, and punishable under, Title 18, United States Code, Section 1326(a).

**A TRUE BILL.**

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
JOHN J. WARE#40880MO
Assistant United States Attorney